FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 JAN -6  AM 9: 56

MARGARET BOTKINS, CLERK
CHEYENNE

UNITED STATES DISTRICT COURT
 DISTRICT OF WYOMING

STEPHEN P. KELLY,
General Delivery.                    23-CV-4-J
U.S. Post office.
Billings, MT 59101,
     Plaintiff,

Vs.

CITY OF POWELL POLICE DEPARTMENT,
a Wyoming law enforcement
entity, and CALEB SCHMIDT, in
his official capacity, 250
N. Clark Street., Powell, WY
82435,
     Defendant (s).

(1)

## CIVIL COMPLAINT

Comes now the Plaintiff in the above styled action and does show cause for complaint as follows:

(1) This is an action sustained by, STEPHEN P. KELLY, hereinafter, Plaintiff KELLY, and sues the defend-ant's JOINTLY, and in their official capacities, CITY OF POWELL POLICE DEPARTMENT, a Wyoming Law enforcement entity, and CALEB SCHMIDT, in his official capacity, alleging:

(A) Abuse of Authority, (B) Unlawful intimidation by Law enforcement, (C) corrupt fabricated Police report, (D) a conspiratorial predicate act, and (E) coerced and concocted Version of material fact!

(2)

## PARTIES

(2) Plaintiff STEPHEN P. KELLY, was a victom of check fraud, and filed an official police report with the city of Powell Police department, and with police officer-defendant Caleb Schmidt!

(3) Governmental defendant, the city of Powell Police department exists as a wyoming Law enforcement entity, and obtains primary oversight of police officer, caleb Schmidt, acting in his official capacity!

(4) Capacity defendant, CALEB SCHMIDT, acts in his official capacity as a clothed with authority police officer employed with the city of Powell police Dept.

(3)

## NATURE OF THE CASE

(5) This concise case is predicated upon U.S. civil rights statute 42 U.S.C. § 1983, where a false and fabricated police report is generated at the hands of a corrupt and charge aggressive police officer!

(6) The severe aspects of a corrupt and knowing conspirat--orial predicate act rises here!!

(7) A severe predicate act of unlawful intimidation at the hands of corrupt law enforcement personnel exists where a clothed with authority police officer has placed excessive and unreas--onable pressure and an attempted concocted and frivolous confession by (threat) of prosecution upon this Plaintiff, where there is in fact a concealed biased in the

(4)

Unequal ballanced investi-
-gation when a police officer
is in fact a personal friend
of the actual original
suspect, as in a severe corrupt
turn and twist of the true
and actual material facts in
removing a sole victom party
into a suspect with no
plausible merit what so
ever! In this specific case
there is a clear violation of
Fourteenth Amendment
secured pursuant to the (equal
protection of the Law clause)!

(8) While the U.S. Supreme
court authorized a confession
played by a Lying police officer,
the specific meaning and
Legal definition was clearly
not intended to merely
harass, intimidate, or force
a person of clear innocence to
admitting any guilt when
such party is clear of the
false and malicious accus-
-ations based by a police
officer, where a party is in
fact entitled to remain

(5)

silent and may very well prevail during a jury trial process!!! once a forced confession is made, then it is most complex for one to prevail in a criminal jury trial!!! The true and factual meaning of this supreme court ruling is very often abused and clearly misinterpreted by corrupt law enforcement personnel!! If the understanding of a coerced confession as is so abused by law enforcement, then it would in fact exists as so unjust, and even unconstitutional!!!!

(9) This specific case here may be later need to re-visited on certiorari!

JURISDICTION AND VENUE

(10) This federal court obtains subject matter jurisdiction pursuant to 42 U.S.C. § 1983!

(6)

(11) Natual defendant, a uniformed police officer is in fact a <u>state actor</u>, and is <u>Liable</u> under 1983!

(12) Natural defendant, is <u>clothed with state authority</u>, and acts under color of Law!

(13) Governmental defendant's, the city of Powell Police department, exists as an official city entity <u>under the governance of the state of Wyoming, and is Liable under 42 U.S.C. §1983.</u>

(14) Plaintiff, STEPHEN P. KELLY, is a citizen and resident of the state of Montana, and <u>resided in the state of Wyoming during such time of initial incident!</u>

(7)

(15) Natural defendant, CALEB SCHMIDT, is a resident of the state of wyoming, and has resided in wyoming at all times material to this action.

(16) Governmental defendant's, are a sole wyoming law enforcement entity, and are obligated in which to enforce legislations solely within the governed state of wyoming!

(17) The damage amount in dispute is in excess of: $75,000.

(18) This federal court obtains further judicial jurisdiction, where Plaintiff here/KELLY, is in clear compliance with the federal court abstention doctrine, where there are in fact no criminal charges filed by the Park county attorney, or not by any other agency filed upon KELLY! The park county attorney's office has made clear to KELLY, that

there exists no intent to file of any criminal charges, as KELLY, had already filed a civil Lawsuit within this same court upon his bank. KELLY, vs. First Bank of wyoming, et-al. case No. # 2:22-cv-00258-ABJ. Date filed - 12/12/2022!

(19) Venue is proper in the District of wyoming because each event giving rise to this action accerued in the District of wyoming. 28 U.S.C. § 1391.

STATEMENT OF FACTS

(20) This civil complaint is clearly plausible upon its face where while the federal constitution most clearly does not secure any protection of citizen's by Law enforcement, the specific issue here rises as a corrupt predicate conspir- -atorial act, and corruption at the hands of Law enforce- -ment personnel!

(9)

(21) On December-12th, 2022, KELLY, in fact filed a civil action/lawsuit upon his bank, the First bank of Wyoming, and he named within the confines of the civil complaint a corrupt and violative banking personnel, (Diann Schwantes), acting in her official capacity! A related case exists; NO. #2:22-CV-00258-ABJ. (Exhibit-A).

(22) Solely a few day's later, on December-15th, 2022, joint bank personnel - Bob Golden, Diann Schwantes, and Jessi Watts, in a severe act of retaliation engaged into an unlawful conspiratorial predicate act of a concocted and fabrica--ted story, falsely claiming that KELLY, had written an N.S.F. check, where Schwantes, engaged into a severe unlawful act, and arranged a (conspiracy) with bank customer-Chad Flemming to in fact forge one of KELLY'S check's and directed Flemming to attempt

to cash the same at the
Powell bank branch in a
severe corrupt turn and
twist in which to cause a
false presentation upon KELLY,
and a fabricated appearance
that KELLY, had actually
written the check executed
to chad Flemming! A severe
conspiratorial act exists
here !!!

(23) Because KELLY, was in
fact already litigating upon
the bank, Watts, Golden, and
Schwantes, jointly, and in a
combined conspiratorial
predicate act engaged into
a corrupt turn and twist in
which to right out frame
KELLY, falsely asserting
that KELLY, had engaged
into a criminal act!

(24) KELLY, had in fact
already reported Schwantes,
and Watts, to the federal
Bureau of investigations
financial institution fraud
unit in Salt Lake city,

( 11 )

which investigates
racketeering activity of
a corrupt enterprise
pursuant to the federal
(RICO) statutes!

(25) on December- 27th, 2022,
bank executive personell,
(Bob Golden), entered a
telephone into KELLY, and
noted to KELLY, that a party,
(chad Flemming), had in
fact entered into the Powell
bank branch and attempted
to cash one of KELLY'S, bank
check'S, where Mr. Golden,
made clear to KELLY, that
the hand writting upon this
concise check, clearly
conflicted with the hand
writting of KELLY'S, official
signature on file with the
bank!!

(26) Setting KELLY, up, Mr.
Golden, advised KELLY, to
inquire with the Powell
police department in which
to file an official police

report sufficing forgery, and fraud!

(27) Attempting to do the right thing, and a step in which to take corrective action, KELLY, in fact based a police report with the city of Powell police department, where city police officer, Caleb Schmidt, was assigned to investigate this specific case, however, a severe biased and sincere conflict of interest existed where this specific police officer here sued is in fact a very close and personal friend with original suspect - chad Flemming, and it just so happens that officer Schmidt, is also a personal friend with bank personnel, (Diann Schwantes), whom which KELLY, was already suing prior to this concise investigation at the hands of clearly a biased police officer, (caleb Schmidt)!

(13)

(28) clearly knowing the above, officer/defendant, Schmidt, refused to recuse and remove himself from this biased investigation, in clear and severe violation of KELLY'S, civil rights secured under the Fourteenth Amendment, "[Equal Protection of the Law]"!!!

(29) Subsequent to a very brief, and even so much a vague investigation per officer/defendant - Schmidt, Schmidt, contacted KELLY, and in a very harsh and threatening tone defendant - Schmidt, commenced into accussing KELLY, of basing a false police report, and of bank fraud, in a severe manipula- -tion of the true and actual material facts of the real event's of this issue, in a corrupt cover up, and a corrupt turn and twist of what actually rose, in which to protect his/schmidt's

personal friend from
criminal prosecution, in
schmidt, in a tone of clear
anger quoting to KELLY, that
KELLY, was now at the status
of a suspect instead of
initial victom status!!

(30) In showing here clear
plausibility in this claim
of the violation of civil
rights engaged into in a
corrupt predicate act of a
cover up, and severe biased, at
the hands of defenant-
schmidt, the defendant, here,
schmidt, reeused with clear
intent to remove himself
from such biased and confli-
-cted investigation, and to
assign this specific case over
to a non-biased police officer,
or investigator, in clear
violation of the (equal
protection clause), secured
under the Fourteenth
Amendment!!! when dealing
with any government agency/
entity - state, federal, or a
local city entity, then the

United States Constitution,
and civil rights protections
applies!

(31) This action is clearly a
federal civil rights suit under
42 U.S.C. § 1983!

(32) A claim of unlawful
intimidation exists here,
where Plaintiff KELLY, shows
that defendant, Schmidt,
most unlawfully, harassed,
intimidated, pressured by
threat of criminal prosecution,
and attempted to coerce KELLY,
in his recorded police phone
conversation between KELLY,
and officer Schmidt, where
durin) a third phone convers-
-ation on December-27th,
2022, officer/defendant,
Schmidt, made a clear quote to
KELLY, that he/Schmidt,
would ensure a thirty (30)year
prison sentence upon KELLY,
in the event that KELLY,
refused at that concise
moment and time to; (a)

(16)

confess upon a recorded
police Line to fraud; (b) a
false police report, and (c)
that KELLY, had better
withdraw the pending civil
LawSuit #1 which KELLY, had
filed upon Diann Schwantes,
in her official capacity, as
a staffing personnel of
corporate defendant's - First
Wyoming bank. (see copy -
civil docket Sheet; Secondary
Listed defendant). Exhibit - (A).
These all were the exact
word's and quotes per officer
Caleb schmidt! A sincere
motion to compel, and a
Judicial subpoena will Later
be filed per Plaintiff KELLY,
sufficing the production of
the recorded police phone
conversation between KELLY,
and officer - schmidt, during
the disclosure and discovery
process prior to a civil jury
trial in this civil case!

(17)

(33) Rising to much more plausibility in this action, officer/defendant - schmidt, did in fact officially charge KELLY, with fraud, and a false police report at the cause that KELLY, right out refused to comply with the above articulated three demands of officer/defendant, however, the Park county Attorney, refused to file any criminal charges upon KELLY, where KELLY, still yet, suffered one and a half week's of worry as to being charged; excessive emotional distress; and hardship in a thought pattern of being sent to prison over a crime at which he most certainly did not engage into, placed upon him at the sole hands of defendant- caleb schmidt!

(34) sufficing civil Liability upon the named defendant, the city of Powell police department, Plaintiff KELLY, in fact reported this corrupt police misconduct of officer Schmidt, to the Powell police chief, however, with clear knowing and intent, the Powell police chief took no step's of corrective action, and in fact condoned the corrupt actions of officer Schmidt! KELLY, spoke directly with the Powell police chief!

## INJURY

(35) As to intimidative threat of prosection, and the severe Threat of being sent to prison for a Lengthy time period, KELLY, suffered, worry; emotional distress; and mental hardship; of those terrible thoughts

(19)

placed upon him at the hands
of a corrupt police officer!!

## CLAIM ONE

(36) Plaintiff KELLYS civil
rights to equal protection under
the Law secured by the
Fourteenth Amendment, were
clearly violated at the hands
of a biased police officer, in
result of a severe biased criminal
investigation!

## CLAIM TWO

(37) Unlawful intimidation
exists where a clothed with
authority police officer coerced
Plaintiff KELLY, into admitting
to two crimes at which Plaintiff
most certainly did not engage
into, with a corrupt threat of
prosecution, placing unreasonable
fear upon KELLY, of a lengthy
prison sentence!! Plaintiff did
not confess to the two crimes!

(20)

## CLAIM THREE

(38) A conspiracy and predicate act exists here where a clothed with authority police officer, and state actor fabricated and right out lied within the confines of an official police report/a government document, falsely asserting that KELLY, quoted certain information at which implicated KELLY, of guilt, while it is clear that the U.S. Supreme court ruled that an investigating police officer may in fact lie to a suspect in which to obtain a coerced confession, yet, it is clearly prohibited under law, state and federal in which for a police officer to lie or to fabricate false information in an official police report!! This was in fact a severe predicate conspiracy between officer/defendant Schmidt, jointly and combined with criminal suspect - chad Flemming, in which to most falsely turn and twist the

(21)

investigation in removing Plaintiff from a sole victom into a criminal suspect!!

## CLAIM FOUR

(39) The meaning of the U.S. Supreme court was most certainly to not ensure that an "[innocent]" person be in error, or by sincere mistake prosecuted!!!

## CLAIM FIVE

(40) Abuse of law enforcement rises here where an officer obtaining such authority has in a most corrupt avenue and turn and twist imposed + threat of prosecution upon KELLY, solely, in the event that KELLY, continued to refuse to confess to fraud, and a false police report!!

(22)

## RELIEF

WHEREFORE, upon the premises considered, it is most respectfully requested upon this Honorable court for the entry of a civil judgment as follows:

(A) Find this civil complaint <u>plausible</u> upon its face!

(B) Find that a <u>cognizable</u> <u>legal</u> <u>theory</u> <u>exists</u> where this Honorable court can in fact draw a <u>reasonable</u> <u>inference</u> that the <u>defendant's</u> <u>are</u> in <u>fact</u> <u>liable</u> <u>for</u> <u>the</u> <u>severe</u> <u>misconduct</u> <u>alleged.</u>

(C) A <u>civil</u> <u>jury</u> <u>trial</u> is so requested.

(D) Find that the concise claims within this civil complaint are in <u>fact</u> drawn upon the <u>merit</u> of <u>clear</u> <u>plausibility</u> <u>instead</u> of <u>mere</u> possibility!!

(E) Actual damage awards in a financial amount of; $265,000, or another reasonable amount as deemed proper by this court. (Mental and emotional distress, and worry causing emotional hardship upon Plaintiff.

I Declare under penalty of perjury the foregoing to be true and correct.

Signed this 3rd, Day of January, 2023.

_____
(SIGNATURE OF PLAINTIFF)

CM/ECF-LIVE-District of Wyoming                    https://ecf.wyd.uscourts.gov/cgi-bin/DktRpt.pl?130877433679988-...

**Query    Reports    Utilities    Help    Log Out**

# U.S. District Court
## District of Wyoming (Cheyenne)
### CIVIL DOCKET FOR CASE #: 2:22-cv-00258-ABJ

Kelly v. First Bank of Wyoming et al                    Date Filed: 12/12/2022
Assigned to: Honorable Alan B Johnson                   Jury Demand: None
Referred to: Honorable Kelly H Rankin                   Nature of Suit: 190 Contract: Other
Cause: 28:1332 Diversity-Other Contract                 Jurisdiction: Diversity

**Plaintiff**

**Stephen P Kelly**                      represented by  **Stephen P Kelly**
                                                         General Delivery
                                                         U.S. Post Office
                                                         Billings, MT 59102
                                                         PRO SE

V.

**Defendant**

**First Bank of Wyoming**
*a Wyoming corporation*

**Defendant**

**First Bank of Wyoming Teller
Supervisor**
*in her official capacity*
*also known as*
Diann Schwantes

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2022 | 1 | COMPLAINT FOR DECLARATORY JUDGMENT, INJUNCTIVE RELIEF, SPEEDY HEARING AND DAMAGES filed by Stephen P Kelly (Filing fee $ 402: IFP filed) (Attachments: # 1 Envelope, # 2 Consent) (Court Staff, stbd) Modified text on 12/13/2022 (Court Staff, sbh). (Entered: 12/12/2022) |
| 12/12/2022 | 2 | MOTION to Proceed In Forma Pauperis filed by Plaintiff Stephen P Kelly. (Court Staff, stbd) (Entered: 12/12/2022) |

EXHIBIT - (A).



| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 12/14/2022 13:11:43 | | |
| PACER Login: | crystaltoner | Client Code: |

12/14/2022, 1:12 PM

23-CV-4-J

Per: Stephen P. Kelly

To: Clerk, U.S. Dist. Court.

RECEIVED
JAN 06 2022
CLERK, U.S.D.C.
CHEYENNE, WYOMING

Note! Important! The specific
mailing address upon the enclosed
civil complaint is proper, & active
for me!

Note! I am well aware that in any
event that I relocate mailing
addresses that I am clearly
obligated in which notify your
office in an official notice of
change of mailing address, and I
most certainly will do so!!!

In some of my other cases
pending in your court/fed. court,
at times the post office in
Billings where I reside will make
a mistake, if your office has any
returned mail to your office in
my cases!

Before long I may in fact
open up a post office which would
be much better for me! Again,
I will clearly notify your office
of any changes of mailing
addresses!! Thank you so much!

#2.

Enclosed is an original I.F.P. application, signed & dated by me.

Also enclosed, is an original civil complaint also signed & dated by me obtaining my original signature!

I will soon after this concise civil complaint is in fact docketed per your office, I will then file a special motion for service of process under a rule (4) waiver to be ordered by the judge, or the U.S. magistrate!

Once an order of service of process is in fact directed by the judge/court, then official copie's of the civil complaint will in fact be generated directly out of your offices official computer system, obtaining the assigned case numeration upon the face of each page!

Please docket this concise case, & its I.F.P. application. Again, I will clearly keep your office notified of any address change! Thank's much! Stephan P. Kelso –

#3.

P. J. Clerk, also upon the face of the I.F.P. application where there is a space for district of wyoming, being that there is in fact solely one district for the federal court in wyoming I left the initial line blank!

Also there is an attached exhibit to the civil complaint, and is clearly marked.

Thank you so much again!

Stephen F. Kelly,
General Delivery.
U.S. Post Office.
Billings, Montana 59101



U.S. POSTAGE PAID
FCM LG ENV
HARLAN, IA
51537
JAN 03, 23
AMOUNT
**$2.16**
R2304W120346-15

RDC 23

82001

**TO**: Clerk, United States District Court.
Federal Courthouse.
2120 capital Ave., Rm. #2131
cheyenne, Wyoming 82001