**FILED**

1:58 pm, 7/17/23

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

STEPHEN P KELLY,

　　　　Plaintiff,

VS.

POWELL POLICE DEPARTMENT, a
Wyoming Law Enforcement Entity, and,

POWELL POLICE DEPARTMENT
OFFICER, in his official capacity, also
known as, Caleb Schmidt,

　　　　Defendants.

Case No. 23-CV-00004

---

### NOTICE AND ORDER SETTING RESPONSE DEADLINE

THIS MATTER comes before the Court *sua sponte*. Defendants filed their *Motion to Dismiss* on February 21, 2023. ECF No. 14. Since that time, Plaintiff has failed to respond to Defendants' Motion or file any update with the Court. Notably, the Court has not entered a final judgment in this case. However, the Court reminds Mr. Kelly that at all times, he had a responsibility to maintain contact with the Court and comply with all required deadlines. Nevertheless, the Court will grant Plaintiff an additional thirty (30) days to respond to Defendants' *Motion to Dismiss*. *See* ECF Nos. 14, 15.

**THEREFORE, IT IS ORDERED** that Plaintiff shall respond to Defendants' Motion on or before **August 13, 2023**. Failure to respond to Defendants' Motion by August 13, 2023, will result in this matter being dismissed with prejudice.

**FINALLY, IT IS ORDERED** that the Clerk's Office is directed to mail a copy of the docket sheet, Defendants' *Motion to Dismiss* [ECF No. 14], and Defendants' *Memorandum of Law in Support of Motion to Dismiss* [ECF No. 15] to Plaintiff's current mailing address.

Dated this 14th day of July, 2023.

Alan B. Johnson
United States District Judge